# COMPLAINT

## (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JAN 12  A 11: 19

CLERK OF COURT

(Full name of plaintiff(s))

Precious S Badran

222 N 33RD st. Unit 612

Milwaukee WI 53208

v.

Case Number:

26-C 0051

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Letter David J,

MacraE Russell S

Milwaukee Police Department dist 5

2920 N Vel Phillips  Milwaukee WI 53212

A.    PARTIES

1.    Plaintiff is a citizen of ___Wisconsin___ and resides at
(State)

222 N 33 RD St  unit 612  mil, WI 53208
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant ___City of milwaukee WI and distric #5___
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____ Wisconsin

(State, if known)

and (if a person) resides at _____ 2970 N Vel Phillps

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for District #5 Milwaukee Police Department dpt #5

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1.) Milwaukee Police Distric #5 cover up.

New Information as of. 8-29-2025

1.)A Police Vicious Attack - while handcuffed

Attempted Murder of my Person

Precious s Bedran -

Police filed a false Report of my

Person - 'Precious s Bedran'

Dislocated neck - Back while cuffed Behind.)

Back slammed Head first Into a Police Car

corner door - office fist placed Inside crack of

Chest and twisted Inner ward force - Attempted murder

Complaint – 2

I have a Failure for you
In Wisconsin - Rights violation

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are)
different from the state citizenship of every defendant, and the amount of
money at stake in this case (not counting interest and costs) is
$ 10,000,000 .

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or to
stop doing something.

Let the Record show
Violation of my Rights
and I want 10, million dollars

E.      JURY DEMAND

     I want a jury to hear my case.

         ☑ – YES       ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___Jan___ day of _____12_____ 20 _26_ .

         Respectfully Submitted,

         _Pierre P. adan_____
         Signature of Plaintiff

         _414 309 6150_____
         Plaintiff's Telephone Number

         _DadranPrecious gmail.com_
         Plaintiff's Email Address

         _222 N 33rd St unit 612____
         _Milwaukee WI 53208_____
         (Mailing Address of Plaintiff)

         (If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

# United States District Court

for the

Eastern District of Wisconsin ▾

Milwaukee Division 517 E.Wisconsin

Precious S Badran
222 N 33RD Unit 612
Milwaukee WI 53208

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **26-C 0051**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

City Of Milwaukee 200 E Wells Mil WI 53202
District Five- City Of Milwaukee
R .MACRAE
2920 N Vel R Phillips Mil WI 53212

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Precious s Badran |
| Address | 222 N 33RD UNIT 612 |
| | MILEAUKEE   WI   53208 |
| | *City*   *State*   *Zip Code* |
| County | MILWAUKEE |
| Telephone Number | (262)693-2026 |
| E-Mail Address | wnpi@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | District Five- City Of Milwaukee |
| Job or Title *(if known)* | City of Milwaukee Police Department |
| Address | 2920 N Vel R Phillips |
| | Milwaukee   WI   53212 |
| | *City*   *State*   *Zip Code* |
| County | Milwaukee |
| Telephone Number | 1(414)935 7252 |
| E-Mail Address *(if known)* | mpdopenrecords@milwaukee.gov |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | R .MACRAE |
| Job or Title *(if known)* | Milwaukee Police Officer |
| Address | 2920 N Vel Phillips |
| | Milwaukee   WI   53212 |
| | *City*   *State*   *Zip Code* |
| County | Milwaukee |
| Telephone Number | 1 (414) 933-4444 |
| E-Mail Address *(if known)* | mpdopenrecords@milwaukee.gov |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Second officer known Partners |
| Job or Title *(if known)* | Police Officer |
| Address | 2920 N Vel Philips |

| | | |
|---|---|---|
| Milwaukee | WI | 53212 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Milwaukee |
| Telephone Number | (414) 933 4444 |
| E-Mail Address *(if known)* | mpdopenrecords@milwaukee.gov |

[✔] Individual capacity  [ ] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | City Of Milwaukee |
| Job or Title *(if known)* | Milwaukee County |
| Address | 200 E Wells |

| | | |
|---|---|---|
| Milwaukee | WI | 53202 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Milwaukee |
| Telephone Number | (414) 286 2489 |
| E-Mail Address *(if known)* | mpdopenrecords@milwaukee.gov |

[ ] Individual capacity  [✔] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

[✔] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Beaten sufuring from life trethening injurys Refusal to take or act on crimes as unprovoked burtal attack on my person by two white Milwaukee police DA-and Police refusal to file my police report
Bullying-Deprivation of rights

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. The Fourth Amendment is a part of the United States Constitution that protects citizens from unreasonable searches and seizures by the government. It states

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Volation Of My Rigts

Abuse their positions of power-bullying        AMENDMENT 4 & 14
                                                                                included

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Volation of my rights on a daily in the city of Milwaukee WI,
               Police Attack -City Of Milwaukee -3923 N 25th Milwaukee WI 53206

B.    What date and approximate time did the events giving rise to your claim(s) occur?

                        on going as of 12/22/2023

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"Two white cops beat me. I can no longer work in the field. The District Attorney's office engaged in a cover-up. The incident took place on February 1, 2019. An officer put his fist in the center of my chest and began twisting, causing complications related to my heart. I was beaten and suffered life-threatening injuries. The District Attorney and police refused to take or act on my crimes as an unprovoked, brutal attack on my person by two white Milwaukee police officers, and the police refused to file my police report".

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

> I'm disabled  HEART DAMAGE
> Musculoskeletal disorder
> not returning back to work
> suffering from PTSD
> Brain Truma
> Back and Nake Truma
> Nerve damage both arms shoulders
> Truma to The Abdomen

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

> 1. 10-Million dollars payable to me (Precious Shirley Badran) PLUS- A Home of my choosing
> 4 the cost of tax dollars in the area 53202 -53201

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     12/14/2023

Signature of Plaintiff     Precious S Badran

Printed Name of Plaintiff     Precious S Badran

### B.    For Attorneys

Date of signing:     12/11/2023

Signature of Attorney     Precious Shirley Badran

Printed Name of Attorney     Precious Shirley Badran

Bar Number

Name of Law Firm     NA

Address

|  | Milwaukee | WI | 53208 |
|---|---|---|---|
|  | City | State | Zip Code |

Telephone Number     (414) 309-6950

E-mail Address     badranprecious@gmail.com